JIM D. SMITH
ATTORNEY AT LAW
221 S. Second Avenue
Yuma, Arizona 85364
Telephone: (928) 783-7809
Attorney No. 2661

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| BONNIE J. DAVIS, | ) | Case No. B-08-00340-YUM-JMM |
| | ) | APPLICATION TO PAY DIVIDEND |
| | ) | LESS THAN $5.00 TO THE CLERK |
| Debtor. | ) | OF THE U.S. BANKRUPTCY COURT |

JIM D. SMITH, Trustee, reports that the following dividend in amount less than $5.00 was declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend not be distributed to the creditor, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 6 | T-Mobile USA Inc., Attn: Bankruptcy Dept., PO Box 53410, Bellevue, WA 98015-3410 | $ 4.82 |
| 11 | James Maslowski, DMD, 1954 Wilbraham Rd, Springfield, MA 01129 | $ 1.64 |

| | |
|---|---|
| 7-16-10 | /s/ Jim D. Smith |
| DATE | JIM D. SMITH, TRUSTEE |

*F:\MyFiles\davis.bonnie.pay.dividend less than $5 to Clerk.motion.wpd*